**Order entered June 10, 2021**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-21-00281-CV

**UNION PACIFIC RAILROAD COMPANY, Appellant**

**V.**

**RUTH ANN ADAMS-TAYLOR, ET AL., Appellees**

**On Appeal from the 269th District Court
Harris County, Texas
Trial Court Cause No. 2020-83850**

## ORDER

Before the Court is appellees' June 9, 2021 first motion for extension of time to file their brief. Because this is an accelerated appeal, we **GRANT** the motion to the extent that we **ORDER** the brief be filed no later than June 29, 2021.

/s/    KEN MOLBERG
         JUSTICE